**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

      Plaintiff,                               COURT NO:  92-73123
                                                 HON:  Avern Cohn

-vs-

WILLIAM C. COBBS,

      Defendant,

_____/

**ORDER DENYING DEFENDANT'S OBJECTIONS TO GARNISHMENT**

      This matter having come before the Court on Defendant's Request for a Hearing as to the Garnishment filed to BANK ONE NA, and the Court being otherwise advised;

      **IT IS HEREBY ORDERED** that the Defendant's objections to the Garnishment are DENIED for the reason that the equitable defense of laches does not constitute a valid objection to garnishment as stated on the record.

      **IT IS SO ORDERED:**


Dated:  01/03/2006                         **s/ Avern Cohn**
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE